UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIANE LOUISE TOUCHTON,

    Plaintiff,

v.     Case No:  6:14-cv-709-Orl-TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER[1]

This matter is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 21).  On July 13, 2015, the Court entered an order remanding this case to the Commissioner (Doc. 19).  The Clerk entered judgment the next day (Doc. 20).  Now, Plaintiff requests an award of attorney's fees in the amount of $3,958.24 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d).  The Commissioner does not oppose the motion (Doc. 21, ¶ 11).

Under the EAJA, a party is eligible for an attorney fee award where: (1) the party is the prevailing party in a non-tort suit involving the United States; (2) the Government's position was not substantially justified; (3) the party filed a timely application for attorney's fees; (4) the party had a net worth of less than $2 million when the complaint was filed; and (5) there are no special circumstances which would make the award of fees unjust. 28 U.S.C. § 2412(d).  Plaintiff asserts that she is the prevailing party in this litigation, that the Commissioner's position in the underlying litigation was not substantially justified, and

---

[1] The parties consented to referral of this case to a United States magistrate judge and on August 22, 2014, the district judge referred the case to the magistrate to conduct all proceedings and order the entry of final judgment (Doc. 15).

that her net worth at the time this action was filed was less than $2 million (Doc. 21, ¶¶ 4-7).

The schedule of billable attorney and paralegal hours attached to the motion confirms the time expended on Plaintiff's behalf in the case.   (Doc. 21 at 12-14).  Counsel seeks payment at the rate of $189.67 per hour for attorney work performed in 2015; $190.06 per hour for attorney work performed in 2014; and $75.00 hour for paralegal time.   The attorney rates are based on the maximum statutory fee of $125, as adjusted upward based upon cost-of-living increases since Congress set the amount in March, 1996 as part of the Contract with America Advancement Act of 1996, Pub.L. 104-121, §§ 231-233.   Reduction of the hourly rate for 2015 is explained by changes in the urban consumer price index (Doc. 21 at 10).   The Court finds the billable hours claimed and the proposed hourly rates for the services provided to be reasonable.

Plaintiff has attached a copy of his assignment of EAJA fees to his attorney, Richard A. Culbertson (Doc. 21-1).   In light of the assignment, Plaintiff requests that the payment should be made payable to Plaintiff and delivered to his lawyer unless Plaintiff owes a federal debt (Doc. 21, ¶ 9).   If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the Government will accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel (Id.).

Upon due consideration, Plaintiff's motion is **GRANTED** and Plaintiff is awarded attorney fees in the amount of **$3,958.24** made payable to Plaintiff and delivered to attorney Richard A. Culbertson, if the Government determines that Plaintiff does not owe it a debt.

**DONE** and **ORDERED** in Orlando, Florida on August 25, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record